NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-12-0000776**
**18-MAR-2013**
**12:01 PM**

NO. CAAP-12-0000776

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
DAVID G. HASTINGS, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1DTA-12-01105)

ORDER GRANTING DEFENDANT-APPELLANT'S
MARCH 6, 2013 MOTION TO DISMISS APPEAL
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of the Motion to Dismiss Appeal, filed on March 6, 2013, by Defendant-Appellant David G. Hastings, the papers in support, the records and files herein, and there being no opposition,

IT IS HEREBY ORDERED that the motion to dismiss appeal is granted, and the appeal is dismissed. We state no view on the parties' subsequent actions.

DATED: Honolulu, Hawaiʻi, March 18, 2013.

Chief Judge

Associate Judge

Associate Judge